1  McGREGOR W. SCOTT
   United States Attorney
2  DAVID W. SPENCER
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America

FILED

MAR 08 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| In the Matter of the Search of: | [~~PROPOSED~~] ORDER TO UNSEAL SEARCH WARRANTS AND SEARCH WARRANT AFFIDAVITS |
|---|---|
| THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER (530) 353-9827 | 2:18-SW-0846 AC |
| THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER (530) 552-9131 | 2:18-SW-0852 DB |
| THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER (530) 353-9827 | 2:18-SW-0888 EFB |
| THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER (530) 552-8885 | 2:18-SW-0944 EFB |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, hereby ordered unsealed.

Dated: 3/8/19

_____
The Honorable Allison Claire
UNITED STATES MAGISTRATE JUDGE

ORDER TO REQUEST TO UNSEAL SEARCH
WARRANTS AND SEARCH WARRANT                 1
AFFIDAVITS